RECEIVED
MAY 2 0 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FELIX ANTHONY DEJEAN | CIVIL ACTION NO. 13-CV-3020 |
| VERSUS | JUDGE DOHERTY |
| TOWN OF WASHINGTON, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The defendants' motions for summary judgment[Rec. Docs. 33, 44] were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, the motions are GRANTED IN PART and DENIED IN PART.

The motions of Police Chief Ronnelle Broussard, and Mayor Joseph Pitre for summary judgment as to the §1983 claims against them in their individual capacities based on qualified immunity are GRANTED, and those claims are hereby dismissed.

The motion by Officer Richard Arceneaux as to the §1983 claims against him in his individual capacity is DENIED on the basis that genuine issueS of material fact exist.

The motions are GRANTED as to the §1983 claims against Officer Richard

Arceneaux, Police Chief Ronnelle Broussard, and Mayor Joseph Pitre in their official capacities, and those claims are hereby dismissed as redundant of the claims articulated against the Town of Washington.

The Motion for Summary Judgment by Darwin Select Insurance Company [Rec. Doc. 43] is GRANTED, limited in scope and consistent with the Court's rulings on the motions of the individual defendants as insureds of Darwin Select Insurance Company.

Signed at Lafayette, Louisiana this 20 day of May, 2015.

_____
Rebecca F. Doherty
United States District Judge